# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BARBARA MOULDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:16-cv-01297-EFM-KGG |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC

NOW on this 23rd day of August, 2016, before the Court is Plaintiff's, BARBARA MOLULDERS, Application for Entry of Default against Defendants, NATIONAL CREDIT ADJUSTERS, LLC. Plaintiff appears by and through her attorney, Mark D. Molner, Esq.

The Clerk, after being fully advised in this matter, finds that these allegations of the application are true, and that no answer has been filed by the Defendant, NATIONAL CREDIT ADJUSTERS and the time for filing such has expired. Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's application is **GRANTED** and Defendant is held in Default.

IT IS SO ORDERED.

s/  Cindy McKee

Clerk of the District Court

1

Approved By:

 /s/_Mark D. Molner, Esq._____
Mark D. Molner, Esq.
SBN 24493
Molner/Merrigan, LC
111 W 10th Street
Kansas City, MO 64105
T (816) 200-2572
F (816) 326-0930
mark@molnermerrigan.com